Moultrie v. State

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 John Snelgrove, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

Appeal from Spartanburg County
 J. Derham Cole, Circuit Court Judge

ON WRIT OF CERTIORARI

Memorandum Opinion No. 2005-MO-020
Submitted April 20, 2005  Filed May 23, 2005

AFFIRMED

 
 
 
 Aileen P. Clare, of South Carolina Office of Appellate Defense, of Columbia, for petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Molly R. Crum, all of Columbia, for respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b), SCACR, and the following authority:  State v. Brown, 360 S.C. 581, 602 S.E.2d 392 (2004) (if the State presents any evidence from which the defendant's guilt may be fairly and logically deduced, case must go to the jury).  
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.